DIANE M. MANN, TRUSTEE  
PO BOX 12970  
SCOTTSDALE, AZ 85267-2970  

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF  
DIVISION  

In re: §  
§  
Fontilla, Joann M. § Case No. 13-18796-PHX EPB  
Fontilla, Anthony Michael §  
§  
Debtor(s) §  

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on   . The undersigned trustee was appointed on   .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement  
    Administrative expenses  
    Bank service fees  
    Other payments to creditors  
    Non-estate funds paid to 3rd Parties  
    Exemptions paid to the debtor  
    Other payments to the debtor  

    Leaving a balance on hand of[1]           $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was            and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $         . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $         as interim compensation and now requests a sum of $         , for a total compensation of $         [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $      , for total expenses of $         [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/DIANE M. MANN, TRUSTEE_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case No: 13-18796-PHX  EPB  Judge: EDDWARD P. BALLINGER, JR.
Case Name: Fontilla, Joann M.
Fontilla, Anthony Michael
For Period Ending: 07/25/14

Trustee Name: DIANE M. MANN, TRUSTEE
Date Filed (f) or Converted (c): 10/28/13 (f)
341(a) Meeting Date: 12/05/13
Claims Bar Date: 07/24/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FEDERAL TAX REFUND-2013 (u) | 0.00 | 3,370.00 | | 3,986.87 | FA |
| 2. RESIDENCE | 210,000.00 | 0.00 | OA | 0.00 | FA |
| 3. CASH ON HAND | 12.00 | 12.00 | | 12.00 | FA |
| 4. BANK ACCOUNT- B OF A | 215.74 | 0.00 | | 0.00 | FA |
| 5. BANK ACCOUNT- B OF A SAVINGS | 0.00 | 0.00 | | 0.00 | FA |
| 6. BANK ACCOUNT- CHASE | 300.00 | 0.00 | | 0.00 | FA |
| 7. FOOD, FUEL & PROVISIONS | Unknown | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS & FURNISHINGS | 2,380.00 | 0.00 | | 0.00 | FA |
| 9. BOOKS & ART OBJECTS | 120.00 | 0.00 | | 0.00 | FA |
| 10. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. WEDDING RINGS | 200.00 | 0.00 | | 0.00 | FA |
| 12. JEWELRY- FAKE EMERALD RING | 75.00 | 75.00 | | 0.00 | FA |
| 13. JEWELRY- SAPPHINE & WHITE GOLD RING | 420.00 | 420.00 | | 0.00 | FA |
| 14. WATCH(ES) | 100.00 | 0.00 | | 0.00 | FA |
| 15. WATCH(ES) | 100.00 | 0.00 | | 0.00 | FA |
| 16. FIREARMS | 400.00 | 0.00 | | 0.00 | FA |
| 17. PENSION PLANS & PROFIT SHARING | 31,201.84 | 0.00 | | 0.00 | FA |
| 18. AUTOMOBILE- 2005 NISSAN ALTIMA | 5,090.00 | 0.00 | | 0.00 | FA |
| 19. AUTOMOBILE- 2009 DODGE RAM | 14,985.00 | 945.45 | | 0.00 | FA |
| 20. TOOLS OF THE TRADE | 650.00 | 0.00 | | 0.00 | FA |
| 21. PET(S) | 0.00 | 0.00 | | 0.00 | FA |
| 22. WAGES OWED DEBTOR AT TIME OF FILING (u) 1 DAY WAGES DUE ANTHONY | 0.00 | 30.63 | | 30.63 | FA |
| 23. WAGES OWED DEBTOR AT TIME OF FILING (u) 2 DAYS DUE JOANN | 0.00 | 43.50 | | 43.50 | FA |
| 24. STATE TAX REFUND- AZ (u) | 0.00 | 1,008.61 | | 1,223.00 | FA |

Case No: 13-18796-PHX  EPB  Judge: EDDWARD P. BALLINGER, JR.  
Case Name: Fontilla, Joann M.  
Fontilla, Anthony Michael  

Trustee Name: DIANE M. MANN, TRUSTEE  
Date Filed (f) or Converted (c): 10/28/13 (f)  
341(a) Meeting Date: 12/05/13  
Claims Bar Date: 07/24/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. STATE TAX REFUND- CA (u) | 0.00 | 551.72 | | 669.00 | FA |

TOTALS (Excluding Unknown Values)  $267,249.58   $6,456.91   $5,965.00   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RND WAS W/D AS TRUSTEE REC'D FEDERAL REFUND CHECK. DEMAND MADE FOR TAX RETURNS. April 19, 2014; June 18, 2014; July 21, 2014 (DMMANN)

Initial Projected Date of Final Report (TFR): 08/15/14    Current Projected Date of Final Report (TFR): 08/15/14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 13-18796-PHX -EPB | |
| Case Name: | Fontilla, Joann M. | |
| | Fontilla, Anthony Michael | |
| Taxpayer ID No: | *******9654 | |
| For Period Ending: | 07/25/14 | |

| | | |
|---|---|---|
| Trustee Name: | DIANE M. MANN, TRUSTEE | |
| Bank Name: | UNION BANK | |
| Account Number / CD #: | *******5646 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 72,661,955.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/19/14 | | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | FEDERAL INCOME TAX REFUND | | 4,073.00 | | 4,073.00 |
| | 1 | | Memo Amount: 3,370.00 FEDERAL INCOME TAX REFUND | 1224-000 | | | |
| | 3 | | Memo Amount: 12.00 CASH ON HAND | 1129-000 | | | |
| | 22 | | Memo Amount: 30.63 WAGES DUE TO EMPLOYEE(S) | 1229-000 | | | |
| | 23 | | Memo Amount: 43.50 WAGES DUE TO EMPLOYEE(S) | 1229-000 | | | |
| | 1 | | Memo Amount: 616.87 PRORATA TAX REFUND | 1280-002 | | | |
| 04/23/14 | 010001 | U. S. BANKRUPTCY COURT CLERK OF THE COURT 230 N FIRST AVE, STE 101 PHOENIX, AZ 85003-1706 | RE-OPENING FEE | 2700-000 | | 260.00 | 3,813.00 |
| 05/19/14 | | STATE OF ARIZONA- TAX REFUND | STATE INCOME TAX REFUND | | 1,223.00 | | 5,036.00 |
| | 24 | | Memo Amount: 1,008.61 STATE INCOME TAX REFUND | 1224-000 | | | |
| | 24 | | Memo Amount: 214.39 PRORATA TAX REFUND | 1224-000 | | | |
| 05/19/14 | | STATE OF CALIFORNIA | STATE INCOME TAX REFUND | | 669.00 | | 5,705.00 |
| | 25 | | Memo Amount: 551.72 STATE INCOME TAX REFUND | 1224-000 | | | |
| | 25 | | Memo Amount: 117.28 PRORATA TAX REFUND | 1280-000 | | | |
| 05/27/14 | 010002 | Joann M. & Anthony Fontilla | PRORATA TAX REFUND- FEDERAL | 8500-000 | | 616.87 | 5,088.13 |

Page Subtotals 5,965.00 876.87

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 13-18796-PHX -EPB |
| Case Name: | Fontilla, Joann M. |
| | Fontilla, Anthony Michael |
| Taxpayer ID No: | *******9654 |
| For Period Ending: | 07/25/14 |

| | |
|---|---|
| Trustee Name: | DIANE M. MANN, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******5646 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 72,661,955.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/27/14 | 010003 | 16571 W Grant Goodyear, AZ 85338 Joann M. & Anthony Fontilla | PRORATA TAX REFUND- AZ | 8500-000 | | 214.39 | 4,873.74 |
| 05/27/14 | 010004 | 16571 W Grant Goodyear, AZ 85338 Joann M. & Anthony Fontilla | PRORATA TAX REFUND- CA | 8500-000 | | 117.28 | 4,756.46 |
| 05/27/14 | | 16571 W Grant Goodyear, AZ 85338 UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,741.46 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,726.46 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 5,965.00 | COLUMN TOTALS | 5,965.00 | 1,238.54 | 4,726.46 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 5,965.00 | 1,238.54 | |
| Memo Allocation Net: | 5,965.00 | Less: Payments to Debtors | | 948.54 | |
| | | Net | 5,965.00 | 290.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 5,965.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********5646) | 5,965.00 | 290.00 | 4,726.46 |
| Total Memo Allocation Net: | 5,965.00 | | 5,965.00 | 290.00 | 4,726.46 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  361.67

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-18796-PHX EPB
Case Name: Fontilla, Joann M.
  Fontilla, Anthony Michael
Trustee Name: DIANE M. MANN, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DIANE M. MANN, TRUSTEE | $ | $ | $ |
| Trustee Expenses: DIANE M. MANN, TRUSTEE | $ | $ | $ |
| Charges: U. S. BANKRUPTCY COURT | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

Case 2:13-bk-18796-EPB    Doc 53    Filed 08/06/14    Entered 08/06/14 14:06:07    Desc
Page 7 of 9

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01 | FORD MOTOR CREDIT COMPANY | $ | $ | $ |
| 02 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 03 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 04 | NORDSTROM fsb | $ | $ | $ |
| 05 | Capital One, N.A. | $ | $ | $ |
| 06 | American Express Centurion Bank | $ | $ | $ |
| 07 | Canyon State Credit Union | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance         $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE